UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| PETER GOODNOW,<br>    Plaintiff | :<br>:<br>: |
| v. | :       File No. 1:06-CV-124 |
| | : |
| DR. PAMELA PEDERSEN,<br>DR. SONALI PATEL and<br>STUART GLADDING,<br>    Defendants | :<br>:<br>:<br>: |

## ORDER
(Paper 66)

The Magistrate Judge's Report and Recommendation was filed October 24, 2007. After de novo review and absent objection, the Report and Recommendation is AFFIRMED, APPROVED and ADOPTED. See 28 U.S.C. § 636(b)(1).

The motion for summary judgment filed by defendants Dr. Pamela Pedersen, Dr. Sonali Patel and Stuart Gladding (Paper 58) is GRANTED. This case is DISMISSED with prejudice.

SO ORDERED.

Dated at Brattleboro, in the District of Vermont, this 30th day of November, 2007.

/s/ J. Garvan Murtha
J. Garvan Murtha
United States District Judge